IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE SCANNING TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC.; INFORMATICS HOLDINGS, INC.; and SYSTEM ID WAREHOUSE,<br><br>        Defendants. | Civil Action No. 2:12cv270-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the parties' agreement, Plaintiff Mobile Scanning Technologies, LLC, by its attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), notifies this Court that Plaintiff voluntarily dismisses, without prejudice, its complaint for patent infringement against Defendants Informatics Holdings, Inc., and System ID Warehouse.

Dated: July 26, 2012

                                Respectfully Submitted,

                                SUSMAN GODFREY L.L.P.

                      By:    */s/ Justin A. Nelson*
                                Justin A. Nelson – Lead Counsel for Plaintiff
                                State Bar No. 24034766
                                jnelson@susmangodfrey.com
                                1201 Third Ave, Suite 3800
                                Seattle, WA 98101
                                Telephone: (206) 516-3880
                                Facsimile: (206) 516-3883

OF COUNSEL:

Manmeet S. Walia
State Bar No. 24056776
mwalia@sumangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666

T. John Ward, Jr.
State Bar No. 00794818
**WARD AND SMITH LAW FIRM**
PO Box 1231
1127 Judson Rd., Suite 220
Longview, TX 75606
Telephone (903) 757-6400
Facsimile (903) 757-2323
E-mail: jw@wsfirm.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Robert Christopher Bunt
State Bar No. 00787165
Andrew T. Gorham
State Bar No. 24012715
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
rcbunt@pbatyler.com
tgorham@pbatyler.com
charley@pbatyler.com

*Attorneys for Plaintiff Mobile Scanning Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 26th day of July, 2012 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Justin A. Nelson*
Justin A. Nelson
